IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

West Virginia Citizens Defense League, Inc.,

    Plaintiff,

        v.

City of Martinsburg, *et al.*, Defendants

Civil Action No. 3:11-cv-5-JPB

(Bailey, C.J.)

## **Plaintiff's Motion to Reconsider Order of Abstention**

The Plaintiff, West Virginia Citizens Defense League, Inc., by and through its undersigned counsel, hereby moves that this Honorable Court reconsider its Amended Order of Abstention, [Doc. 30], 2011 WL 4074684, pursuant to Fed. R. Civ. P. 60(b)(1) and (6), and enter orders (1) vacating the Order of Abstention and lifting the stay of proceedings in this case contained therein and (2) denying as moot the portions of the Defendants' pre-answer motion to dismiss the original complaint, [Doc. 12], not disposed of by this Court's previous Order Denying Defendants' Pre-Answer Motion to Dismiss, [Doc. 16]; [Doc. 31] (amended order).

Based upon the significance of the issues present, Plaintiff requests a hearing on this motion.

Dated this 27th day of September, 2011,

    s/ James M. Mullins, Jr.
James M. Mullins, Jr.    (WV State Bar # 11129)
    Attorney for Plaintiff
The Law Offices of James M. Mullins, Jr., PLLC
101 North Kanawha Street, Suite 401
Beckley, WV 25801
Telephone: 304-929-3500 (o)/304-687-5492 (c)
FAX: 304-929-3503
E-mail: jim@mullinslawoffices.com

1

## Certificate of Service

I hereby certify that on September 27, 2011, I electronically filed the foregoing document with the Clerk of the Court, which will send electronic notification of such filing to the following CM/ECF participant:

    Floyd M. Sayre, III
    Bowles, Rice, McDavid, Graff & Love, LLP
    PO Box 1419
    Martinsburg, WV 25402
    Attorney for All Defendants

                                  s/ James M. Mullins, Jr.
                                James M. Mullins, Jr.    (WV State Bar # 11129)
                                    Attorney for Plaintiff
                                The Law Offices of James M. Mullins, Jr., PLLC
                                101 North Kanawha Street, Suite 401
                                Beckley, WV 25801
                                Telephone: 304-929-3500 (o)/304-687-5492 (c)
                                FAX: 304-929-3503
                                E-mail: jim@mullinslawoffices.com